# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 23-CR-0696-TWR |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |
| DAVID ALEXIS RODRIGUEZ, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Rodriguez's Motion Hearing date currently scheduled for June 16, 2023, is continued to June 28, 2023, at 1:30 p.m.

It is further ordered that time should be excluded in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATED: 6/15/2023

HON. TODD W. ROBINSON
United States District Court Judge